IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHN KOWSKE,

    Plaintiff,

v.

CITICORP AMERIQUEST and
EDWARD E. NIEHOFF,

    Defendants.

JUDGMENT IN A CIVIL CASE

11-cv-640-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Citicorp Ameriquest and Edward E. Niehoff dismissing this case for plaintiff's failure to state a claim upon which relief may be granted.

_____   __11/3/11__
Peter Oppeneer, Clerk of Court    Date